THE PEOPLE ex rel. CARL SCHURZ et al., Appellants, *v.*
FREDERICK COOK, Secretary of State, etc., Respondent.

(Argued December 11, 1888; decided December 18, 1888.)

MOTION to amend remittitur by stating therein the grounds
of the decision upon papers showing the intent of the relator
to appeal to the Supreme Court of the United States.

*George Zabriskie* for motion.

*Charles F. Tabor*, attorney-general, opposed

"Agree to deny motion on the ground that the relator can
procure the transmission of a duly authenticated copy of the
opinion of the court with the record for use by the United
States Supreme Court."

All concur.

Motion denied.

———

DAVID KAHNWIELER, Respondent, *v.* ANDREW J. SMITH,
Executor, etc., Appellant.

(Submitted December 10, 1888; decided December 21, 1888.)

APPEAL from judgment of the General Term of the Court
of Common Pleas for the city and county of New York,
entered upon an order made February 7, 1887, which modified
a judgment in favor of plaintiff by excluding therefrom the
costs of the trial, and affirmed the judgment thus modified.

*Butler, Stillman & Hubbard* for appellant.

*George H. Yeaman* and *George F. Murray* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.